618 A.2d 393

**Georg CHRIST and Visiting Professionals Home Health Service, Inc., Appellants,**

v.

**PORSCHE CARS NORTH AMERICA, INC., and Rosemont Porsche–Audi, Inc.**

Supreme Court of Pennsylvania.

Argued Dec. 8, 1992.

Decided Jan. 7, 1993.

Michael G. Trachtman, King of Prusia, for appellants.

Geoffrey L. Beauchamp, Blue Bell, for appellee.

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and MONTEMURO, J., did not participate in the consideration or decision of this case.

LARSEN and CAPPY, JJ., dissent.